ACCEPTED
15-24-00050-cv
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
2/3/2025 11:27 AM
CHRISTOPHER A. PRINE
CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
2/3/2025 11:27:50 AM
CHRISTOPHER A. PRINE
Clerk

**BAKER BOTTS** L.L.P.

401 SOUTH 1ST STREET
SUITE 1300
AUSTIN, TEXAS
78704-1296

TEL  +1 512.322.2500
FAX +1 512.322.2501
BakerBotts.com

AUSTIN        NEW YORK
BRUSSELS      PALO ALTO
DALLAS        RIYADH
DUBAI         SAN FRANCISCO
HOUSTON       SINGAPORE
LONDON        WASHINGTON

Samia R. Broadaway
TEL: 5123222676
FAX: 5123223676
samia.broadaway@bakerbotts.com

February 3, 2025

VIA ELECTRONIC FILING

Christopher A. Prine, Clerk of Court
Fifteenth Court of Appeals
P.O. Box 12852
Austin, Texas 78711

> Re:  Case No. 15-24-00050-CV; *Texas Commission on Environmental Quality and Guadalupe-Blanco River Authority v. National Wildlife Federation*

Dear Mr. Prine:

Appellant Guadalupe Blanco River Authority wishes to advise the Court of its counsel's preexisting obligations during the week of March 17, 2025 and respectfully requests the Court not to set oral argument in the above-captioned case that week.

GBRA's counsel Macey Reasoner Stokes will be presenting oral argument to the Supreme Court of Texas on March 18, 2025 in *Cactus Water Services, LLC v. COG Operating, LLC*, Cause No. 23-0676.  Her daughter is also having oral surgery later that same week.

GBRA's counsel Samia Broadaway has a preplanned family vacation during the week of March 17, which is her children's Spring Break.

Thank you for your consideration of this matter.

Respectfully submitted,

*/s/ Samia Broadaway*
Samia Broadaway
State Bar No. 24088322

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Raylynn Howell on behalf of Samia Broadaway
Bar No. 24088322
raylynn.howell@bakerbotts.com
Envelope ID: 96900418
Filing Code Description: Letter
Filing Description: Appellant GBRA's Letter to Clerk Regarding Oral Argument Setting
Status as of 2/3/2025 11:30 AM CST

Associated Case Party: Guadalupe-Blanco River Authority

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Macey ReasonerStokes | | macey.stokes@bakerbotts.com | 2/3/2025 11:27:50 AM | SENT |
| Molly Cagle | 3591800 | molly.cagle@bakerbotts.com | 2/3/2025 11:27:50 AM | SENT |
| Samia Broadaway | 24088322 | samia.broadaway@bakerbotts.com | 2/3/2025 11:27:50 AM | SENT |
| John Ormiston | 24121040 | john.ormiston@bakerbotts.com | 2/3/2025 11:27:50 AM | SENT |

Associated Case Party: National Wildlife Federation

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Marisa Perales | 24002750 | marisa@txenvirolaw.com | 2/3/2025 11:27:50 AM | SENT |
| Claire Hamerlinck | | claire@txenvirolaw.com | 2/3/2025 11:27:50 AM | SENT |

Associated Case Party: Texas Commission on Environmental Quality

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Katie B.Hobson | | katie.hobson@oag.texas.gov | 2/3/2025 11:27:50 AM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Laura Courtney | | laura.courtney@oag.texas.gov | 2/3/2025 11:27:50 AM | SENT |